cv. JAO
IFP

ORIGINAL

(808) 208-9953
3600 A'olele
Honolulu, Hi. 96820

IN THE UNITED STATES DISTRICT COURT
FOR THE __________ DISTRICT OF __________
__________ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 05 2026
at 10 o'clock and 15 min. 9 M a
Lucy H. Carrillo, Clerk

Chief Carmela Lynn Jackson-Lewis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-** Blackfeet Nation/ Cherokee Nation, Indiana State Department of Defense, Securus, Universal Allied, API

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV26-00417 JAO RT
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: State of Indiana "Department of Def."
Street Address: ______
City and County: ______
State and Zip Code: ______
Telephone Number: ______
E-mail Address: ______

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Elkhart Police Department
Job or Title (if known): ______
Street Address: ______
City and County: ______
State and Zip Code: ______
Telephone Number: ______
E-mail Address (if known): ______

Defendant No. 2

Name: API Security
Job or Title (if known): ______
Street Address: ______
City and County: ______

State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name: Universal Alliad Security
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name: Blackfeet Brownig Reservat
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number: IA-Blackfeet-Agency.org
E-mail Address (if known)

Defendant No. 5 Cherokee Nation (918) 207-3900 cncourtclerk@cherokee.org

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

as a Blackfoot & Cherokee Native descendant Not Born on Sovereign terrotories / per Peace treaties My Identity was never to Be Used / Exploited By Sovereign Terotories

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Chief Carmela Lynn Jackson Lewis, is a citizen of the State of *(name)* ~~Hawaii~~.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* State of Indiana, is a citizen of the State of *(name)* Indiana. *Or* is a citizen of *(foreign nation)* ________.

b. If the defendant is a corporation

The defendant, *(name)* N A, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Becaus I was born in Indiana (1977) I am claiming Indiana, Motana, and Oklahoma illegally used my Native American Heritage to Defraud the American People.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am claiming, as the next "Chief" of the All Natural Blackfoot Life Cycle. These Government intities (along with my family) held me hostage and extorted Trillions of Federally Funded USD From the American People's Futures!

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have lost "Everything". As Chief Shown's great grand daughter, Black Feet, Cherokee and Black Relatives murdered "The All Natural Black Foot Tribal Laws of 38." In doing this, My Family are Drug addicted homosexual, Incestuous, Pedophile Who Murder Healthy People.

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 5, 2026

Signature of Plaintiff Chief Carmela Lynn Jackson-Lewis

Printed Name of Plaintiff Chief Carmela Lynn Jackson-Lewis

**B. For Attorneys**

Date of signing: __________, 20__.

Signature of Attorney ____________________
Printed Name of Attorney ____________________
Bar Number ____________________
Name of Law Firm ____________________
Address ____________________
Telephone Number ____________________
E-mail Address ____________________

STATE OF INDIANA )SS: IN THE ELKHART CITY COURT

COUNTY OF INDIANA ) CAUSE NO. 20H01-2606 CM3697

STATE OF INDIANA )

vs. ) ORDER ON REQUEST

Carmela Jackson )

FILED
JUL 30 2026
Charles H. Grodnik
City Judge

DEFENDANT files motion, letter and/or documentation with the Court:

____ requesting Continuance

____ requesting a Hearing

X requesting court to dismiss all charges

State's Recommendation:

No. Not sure what any of this is but not dismissing. (SL)

The Court reviews same and hereby

____ GRANTS request: ____

___ and continues Hearing to ____ at ____

___ and schedules Hearing on ____ at ____

Defendant is ORDERED TO APPEAR: ____ IN PERSON

____ REMOTELY via Webex

___ OTHER: ____

X DENIES request: WARRANT REMAINS ACTIVE.

SO ORDERED: AUG 03 2026

Charles H. Grodnik, Judge
Elkhart City Court

Gmail Search mail Upgrade

Compose

**Inbox**
Starred
Snoozed
Sent
**Drafts** 1
Purchases
More

Labels

1 of 34

**Chief Clean Vagina** 9:05 AM (6 hours ago)
To whom it may concern: I Carmela Lynn Jackson " Lewis", have completed my BLAC...

**CNCourtClerk** 9:14 AM (6 hours ago)
to me

Please remove us from the email list. Our department cannot file anything that you are sending due to not having an active case with us.

Thank you,

Cherokee Nation District Court
Deputy Court Clerk
PH: 918.207.3900
Email: cncourtclerk@cherokee.org

---

**From:** Chief Clean Vagina <chiefcleanvagina@gmail.com>
**Sent:** Tuesday, August 4, 2026 2:05 PM
**To:** CNAG Criminal <cnag-criminal@cherokee.org>
**Cc:** CNCourtClerk <CNCourtClerk@cherokee.org>; ASCC New Claims <ascc.new.claims@arkansas.gov>; CNOAG <CNOAG@cherokee.org>; fax.Clerks <fax.clerks@cityofelkhartin.gov>; IA_Blackfeet_Agency@bia.gov <IA_Blackfeet_Agency@bia.gov>
**Subject:** "The LEWIS' ARE CRIMINALS" (ROSE LEE AND ROSCOE BUD "CHEROKEE" LEWIS)

Reply Forward

Enable desktop notifications for Gmail. OK No thanks

Gmail in:draft

Compose

Inbox
Starred
Snoozed
Sent
**Drafts**
Purchases
More

**Labels**

**Chief Clean Vagina**
——— Forwarded message ——— From: Chief Clean Vagina <chiefcleanvagina@gmail.com> Date: Tue, Aug 4, 2026, 4:09 AM Subjec

**CNCourtClerk**
I'm sorry but we do not have any cases with your name, so we are not able to do anything with this information. You may be sending this

**Chief Clean Vagina** <chiefcleanvagina@gmail.com>
to CNCourtClerk

Actually, the mail is being intercepted by KEANU CHARLES REEVES AND I TOLD TAHLEQUAH NATION TO HELP THAT FOOL IN 198

YOU ALLOWED THESE SICK INTERNATIONAL YOUTH TO ENTER INTO THE UNITED STATES OF AMERICA PUBLIC SCHOOL SY

I notified all elders in, and outside of the schooling system of PHILIPS HORRIBLE BEHAVIOR AND ODOR. NO ONE LISTEN. YOU HEL
HUMANS.

YOU WILL ACKNOWLEDGE YOUR FAILURES AND FIX ALL OF YOUR INTENTIONAL "MISS takes".

**Chief Clean Vagina**
to CNCourtClerk, ASCC, IA_Blackfeet_Agency, chad-harsha, cnoag, fax.Clerks

Listen here!

I told EVERYONE IN ELKHART INDIANA (1984, AT ROOSEVELT ELEMENTARY SCHOOL) TO HELP THIS LITTLE STINKY 4TH GRA

PHILIP HAD JUST ARRIVED AND MRS. GEIGER MADE ME ASSIST HIM IN TRANSITIONING TO OUR TOWN. NOW, I HAD NO OBJ
38) TO HELP OUT. HOWEVER, ALL OF YOU FAILED THIS 1 LITTLE STINKY 4TH GRADE BOY (PHILIP KEANU CHARLES REEVES)

I SUGGEST YOU ALL TIME TRAVEL BACK TO AUGUST OF 1984 AND FIX YOUR OWN "FUCKING PROBLEMS". I TOLD YOU ALL. I

AND SIMPLY...

ALL FAILED 💯💯💯💯💯💯

Reply Reply all Forward

Message sent Undo

Gmail

in:draft

Compose

Inbox

Starred

Snoozed

Sent

**Drafts**

Purchases

More

Labels

**Chief Clean Vagina**
——— Forwarded message ——— From: Chief Clean Vagina <chiefcleanvagina@gmail.com> Date: Tue, Aug 4, 2026, 4:09 AM Subjec

**CNCourtClerk**
to me

I'm sorry but we do not have any cases with your name, so we are not able to do anything with this informatio their email. Please give them a call at 918-453-5000. Please take us off the email list and send to them.

Thank you,

Cherokee Nation District Court
Deputy Court Clerk
PH: 918.207.3900
Email: cncourtclerk@cherokee.org

---

**From:** Chief Clean Vagina <chiefcleanvagina@gmail.com>
**Sent:** Tuesday, August 4, 2026 9:09 AM
**To:** CNCourtClerk <CNCourtClerk@cherokee.org>; Chad Harsha <chad-harsha@cherokee.org>; ASCC New Claims <ascc.new.claims@
**Subject:** I DO NOT APPRECIATE THIS BULLSHIT! (CHIEF CARMELA LYNN JACKSON LEWIS)

**Chief Clean Vagina** <chiefcleanvagina@gmail.com>
to CNCourtClerk

Actually, the mail is being intercepted by KEANU CHARLES REEVES AND I TOLD TAHLEQUAH NATION TO HELP THAT FOOL IN 198

YOU ALLOWED THESE SICK INTERNATIONAL YOUTH TO ENTER INTO THE UNITED STATES OF AMERICA PUBLIC SCHOOL SYS

I notified all elders in, and outside of the schooling system of PHILIPS HORRIBLE BEHAVIOR AND ODOR. NO ONE LISTEN. YOU HEL HUMANS.

Reply | Reply all | Forward

Gmail in:draft

Compose

Inbox
Starred
Snoozed
Sent
**Drafts**
Purchases
More

Labels

I DO NOT APPRECIATE THIS BULLSHIT! (CHIEF CARMELA LYNN JACKSON LEWIS

**Chief Clean Vagina**
I cannot believe I have spent the last 50 FUCKING years, requesting you simple bitches (and bitchettes) to STOP. I was born in a place a

**Chief Clean Vagina** <chiefcleanvagina@gmail.com>
to CNCourtClerk, ASCC, IA_Blackfeet_Agency, chad-harsha, cnoag

**13 Attachments** • Scanned by Gmail Add all to Drive




**CNCourtClerk**
to me

I'm sorry but we do not have any cases with your name, so we are not able to do anything with this informatio
their email. Please give them a call at 918-453-5000. Please take us off the email list and send to them.

Thank you,

Reply Reply all Forward

Gmail Search mail

Compose

Inbox
Starred
Snoozed
Sent
Drafts
Purchases
More

Labels

I DO NOT APPRECIATE THIS BULLSHIT! (CHIEF CARMELA LYNN JACKSON LEWIS

**Chief Clean Vagina**
I cannot believe I have spent the last 50 FUCKING years, requesting you simple bitches (and bitchettes) to STOP. I was born in a place a

2

**Chief Clean Vagina**
Actually, the mail is being intercepted by KEANU CHARLES REEVES AND I TOLD TAHLEQUAH NATION TO HELP THAT FOOL IN 198

**Chief Clean Vagina** <chiefcleanvagina@gmail.com>
to CNCourtClerk, ASCC, IA_Blackfeet_Agency, chad-harsha, cnoag, fax.Clerks

Listen here!

I told EVERYONE IN ELKHART INDIANA (1984, AT ROOSEVELT ELEMENTARY SCHOOL) TO HELP THIS LITTLE STINKY 4TH GRAI

PHILIP HAD JUST ARRIVED AND MRS. GEIGER MADE ME ASSIST HIM IN TRANSITIONING TO OUR TOWN. NOW, I HAD NO OBJE
38) TO HELP OUT. HOWEVER, ALL OF YOU FAILED THIS 1 LITTLE STINKY 4TH GRADE BOY (PHILIP KEANU CHARLES REEVES)

I SUGGEST YOU ALL TIME TRAVEL BACK TO AUGUST OF 1984 AND FIX YOUR OWN "FUCKING PROBLEMS". I TOLD YOU ALL. I

AND SIMPLY...

ALL FAILED



Reply Reply all Forward

Gmail Search mail Upgrade

4 of 34

Compose

Inbox
Starred
Snoozed
Sent
Drafts
Purchases
More

Labels

# RE: EXTERNAL: Case# 20H01-2606-CM-3697 (in addition to: JACKSON V. UNITED STATES DEPARTMENT OF DEFENSE, et al. USCA 9 NO. 26-1299)

Inbox ×

AI Overview

- You filed Motion to DISMISS ALL CHARGES for Case# 20H01-2606-CM-3697, alleging assault by officers while assisting low-income citizens near St. Joseph River.
- You added Elkhart Indiana to your Writ of Certiorari USCA 9 NO. 26-1299, citing 49 years of alleged "TORT."
- Elkhart City Clerks Office confirmed the motion was printed for Judge/State review; status updates via mycase.in.gov.
- Clerks noted recipient emails changing from Coei.org/Elkhartfire.org/Elkhartpolice.org domains to CityOfElkhartIN.gov.

By Gemini; there may be mistakes. Learn more

**fax.Clerks** Thu, Jul 30, 3:58 AM (5 days ago)
Hello, This has been printed and added to your case for the Judge and State to review....

**Chief Clean Vagina** Thu, Jul 30, 2:19 PM (5 days ago)
Attached you will find an email from ELKHART INDIANA'S COUNTY/CITY CLERK. I a...

**CNCourtClerk** Fri, Jul 31, 3:22 AM (4 days ago)
to me

Thank you, this is will be added to your cases.

Reply Forward

Gmail Search mail Upgrade

Compose

**Inbox**
Starred
Snoozed
Sent
Drafts
Purchases
More

Labels

5 of 34

Chief Carmela Lynn Jackson "Lewis" Inbox ×

**Chief Clean Vagina** Tue, Jul 21, 12:39 PM
To whom it may concern: Now comes Chief Carmela Lynn Jackson Lewis, acknowledg…

7

**Chief Clean Vagina** Wed, Jul 22, 6:09 AM (13 days ago)
Thanks for your response.

**Chief Clean Vagin...** Wed, Jul 29, 9:45 AM (6 days ago)
to cnoag, ASCC, cncourtclerk, fax.Clerks, chad-harsha, carmelaj781, LTGov.Help, me

Attached you will find images of birth records tampering by "THE LEWIS' ". ESPECIALLY, ROSE LEE LEWIS, ROCOE BUD "CHEROKEE" LEWIS, JOSEPH ROSCOE LEWIS, EULA MAY LEWIS AND CARMELLA L. ARMSTRONG "LEWIS".

THESE CRIMINALS WERE NEVER TO DISBURSE "BLACKFOOT NATIVE AMERICAN" FUNDS.

AND, THEY USED BABY SIS, THE COOPERS, THE WILSON, THE SHOUNS AND OTHERS TO DO SO.

THANKS IN ADVANCE,

CHIEF CLEAN VAGINA
chiefcleanvagina@gmail.com
Chief Carmela Lynn Jackson Lewis

Reply | Reply all | Forward